# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:03 CV388-K

| | |
|---|---|
| DAMID SCOTT CASE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> M.C. STEWART and ) <br> GASTON COUNTY, ) <br> ) <br> Defendants. ) <br> _____) | **CONSENT ORDER FOR SUBSTITUTION OF PARTY PLAINTIFF AND TO EXTEND DISCOVERY DEADLINES** |

THIS CAUSE COMING on for hearing by Motion by counsel for Plaintiff to Amend the Complaint to add James David Case as Personal Representative of the Estate of David Scott as a party Plaintiff; and it appearing to the Court that James David Case deceased on April 3,m 2005, and James David Case has been appointed as personal representative for the estate of David Scott Case; and it appearing to the Court that the proper procedure would be for **Substitution** of Plaintiff, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, rather than adding a party; and that Defendants, through counsel consent thereto;

AND IT FURTHER APPEARING TO THE COURT that the action has not proceeded since the date of death until this Order, due to Plaintiff's death, it would be appropriate and is consented to be the parties, that all deadlines established in the Pre-trial Order are hereby extended for five (5) months.

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Plaintiff, now deceased, be substituted with James David Case as Personal Representative of the Estate of David Scott as a party Plaintiff; and the caption of the case shall so reflect; and it is further

ordered that all deadlines as to discovery and motions, and trial are hereby extended for five (5) months.

Plaintiff's Motion to Amend and Defendants' Motion to Dismiss are rendered moot by this Order.

This 5th day of October, 2005.

_____
DAVID C. KEESLER
**United States District Court Judge**

CONSENTED TO BY:

_____
**RICHARD J. LUTZEL**
N.C. State Bar # 24082
*Attorney for Plaintiff*
LUTZEL, GANDY & ASSOCIATES, P.L.L.C.
3420 Toringdon Way, Suite 210
Charlotte, North Carolina 28277

_____
**MARTHA RAYMOND THOMPSON**
N.C. State Bar # 16020
*Attorney for Defendants*
STOTT, HOLLOWELL, PALMER & WINDHAM, L.L.P.
401 East Franklin Boulevard
Post Office Box 995
Gastonia, North Carolina 28053-0995
(704) 864-3425

2