# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:03CV388

| | |
|---|---|
| **JAMES DAVID CASE** as Personal Representative for the Estate of David Scott Case, <br><br> Plaintiff, <br><br> v. <br><br> **M.C. STEWART and GASTON COUNTY** <br><br> Defendants. | <br><br><br><br><br><br> **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The trial date in the above-titled action is currently set for **October 30, 2006**. In order to allow sufficient time for the undersigned to consider the pending summary judgment motion, the trial date must be moved.

**IT IS, THEREFORE, ORDERED** that this case is continued to the **February 20, 2007** term of court.

**IT IS FURTHER ORDERED** that the parties appear before the undersigned on **December 5, 2006** for a hearing on the merits of the pending summary judgment motion. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: October 2, 2006

David C. Keesler
United States Magistrate Judge