# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James David Case, as Personal
Representative of the Estate of
David Scott Case,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                  3:03-cv-388

M.C. Stewart and Gaston County,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 4, 2007 Order.

**Signed: January 5, 2007**

Frank G. Johns, Clerk
United States District Court